# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | 3:08-CV-0322-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 12, 2009 |
| ROBERT LEGRAND, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant Keisha English has filed an Emergency Request for Permission to Appear Telephonically at the May 26, 2009 Hearing (Doc. #116). Good cause appearing,

Defendant's Emergency Request for Permission to Appear Telephonically at the May 26, 2009 Hearing (Doc. #116) is **GRANTED**. Counsel for Defendant shall contact the courtroom deputy, Jennifer Cotter, at (775) 686-5758, two (2) days in advance of the hearing to advise her of the telephone number where she may be reached for the hearing.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk