

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FELTON L. MATTHEWS, JR.,           )        3:08-cv-00322-LRH-RAM
                                   )
            Plaintiff,             )
                                   )        ORDER
vs.                                )
                                   )
ROBERT LEGRAND, et al.,            )
                                   )
            Defendants.            )
_____)

    The court has considered the report and recommendation of the United States Magistrate Judge (#147) filed on August 7, 2009, in which the Magistrate Judge recommends that this court grant the defendant Joseph Ferro's motion to dismiss, or in the alternative, motion for summary judgment (#62). Plaintiff has opposed (#70), and defendant has replied (#71). Additionally, the Magistrate Judge recommends that this court deny plaintiff's motion for injunctive relief (#60). Defendants have opposed (#66) and plaintiff has replied (#73).

    The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636

and applicable case law, and good cause appearing, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#147). Therefore, defendant Joseph Ferro's motion to dismiss, or in the alternative, motion for summary judgment (#62) is **GRANTED** and plaintiff's motion for injunctive relief (#60) is **DENIED**.

It is so **ORDERED**.

DATED: This 22nd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

2