UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FELTON L. MATTHEWS, ) | |
| ) | 3:08-cv-00322-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ROBERT LEGRAND, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Notice of Appeal of U.S. Magistrate's Order Denying Motion for leave to Amend Complaint to U.S. District Court Judge (Docket 211) (#212[1]), which the court will treat as an objection to the Magistrate's Order #211.

The Court has conducted its review in this case, has fully considered the Plaintiff's objection, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

Plaintiff's objection to Order #211 (#212) is overruled and the Magistrate Judge's Order (#211) will, therefore, be sustained.

IT IS SO ORDERED.

DATED this 31st day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.